# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ALLISON S. <br> *Plaintiff* <br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 4:17-CV-05171-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED. Matter is REVERSED and REMANDED to Commissioner of Social Security for immediate calculation and award of benefits. Defendant's Motion for Summary Judgment (ECF No. 16) is DENIED. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE on motions for Remand and Summary Judgment (ECF Nos. 15 and 16).

Date: December 17, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Melissa Orosco
*(By) Deputy Clerk*

Melissa Orosco